USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]  United States Court of Appeals For the First Circuit  No. 97-2379 UNITED STATES, Appellee, v. KIRK A. HENSON, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge]  Before  Torruella, Chief Judge, Coffin, Senior Circuit Judge, and Stahl, Circuit Judge.   William Maselli on brief for appellant. Jay P. McCloskey, United States Attorney, George T. Dilworthand F. Mark Terison, Assistant United States Attorneys, on brieffor appellee.June 10, 1998   Per Curiam. Upon careful review of the briefs and record, we perceive no merit in defendant's appellate arguments:  (1) The factual findings supporting the suppression ruling were not clearly erroneous, notwithstanding defendant's contrary view of the circumstances of his inculpatory statement to his probation officer.  (2) The district court acted within its considerable discretion in limiting defendant's repetitious cross- examination. Any error in allowing into evidence the probation officer's memorandum was harmless.  (3) The district court applied appropriate legal standards in denying defendant's claims for downward departure.  We have no jurisdiction to review the discretionary bases of those denials. Affirmed. See 1st Cir. Loc. R. 27.1.